UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22620-CIV-JORDAN

| | |
|---|---|
| SIOLY C. MOTA-BESANI, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| HOLIDAY CVS, LLC, | ) ) |
| Defendant. | ) ) |

**DISCOVERY PROCEDURE FOR MAGISTRATE JUDGE EDWIN TORRES**

The following discovery procedures apply to all civil cases assigned to United States District Judge Adalberto Jordan.  If a discovery dispute arises, the parties **must** confer in a good faith effort to resolve the dispute.

**MOTION CALENDAR -**

If the parties are unable to resolve any discovery dispute without Court intervention, prior to filing a written motion, the moving party shall contact the chambers of **Magistrate Judge Edwin Torres at (305) 523-5750** and place the matter on the next available discovery calendar.  The movant shall contact chambers no later than noon on the Friday preceding the discovery calendar, and shall do so ONLY after conferring with opposing counsel and confirming his or her availability for the discovery calendar.

Judge Torres will hold a regular discovery calendar every **Friday, from 2:30 p.m. to 4:00 p.m.** in the North Courtroom, United States Courthouse, 300 N.E. First Avenue, Miami, Florida.

**NOTICE OF HEARING -**

On the same day that the matter is placed on the discovery calendar, the movant shall file and serve a Notice of Hearing on opposing counsel and Judge Torres via facsimile at (305) 523-5759.  The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard.  No more than ten (10) minutes per side will be permitted.  The movant shall include in this Notice of Hearing a certificate of good faith that complies with S.D. Fla. L. R. 7.1 (A)(3).

No later than noon on the Monday preceding the discovery calendar, the parties shall provide Judge Torres with a copy of all source materials relevant to the discovery dispute, via facsimile or

hand-delivery. (For example, if the dispute concerns interrogatories, the interrogatories at issue and the response thereto shall be provided to Judge Torres's chambers.)

### **NO WRITTEN DISCOVERY MOTIONS -**

To minimize the need for discovery motions, no written discovery motions, including motions to compel, for protective order, or related motions for sanctions shall be filed unless the Court so directs at the discovery calendar.

The Court expects all parties to engage in reasonable compromise to facilitate the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is being withheld in bad faith.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of November, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record
            Magistrate Judge Torres